UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDIE F HALL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-3328 |
| § | |
| UNITED AIRLINES, INC., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

On this day, the Court considered the motion brought by the plaintiff, Edie Hall ("Hall") and the defendant, United Airlines, Inc. ("UA"), seeking the dismissal of the claims filed by Hall. After reviewing the pleadings, the Court finds that the parties entered into a confidential settlement agreement without UA admitting any liability and that Hall agreed to dismiss her claims against UA with prejudice.

It is, therefore, ORDERED that Hall's claims be DISMISSED WITH PREJUDICE to refiling the same.

It is further ORDERED that each party shall bear her or its own costs and attorney fees.

It is so ORDERED.

SIGNED on this 24th day of January, 2018.

_____
Kenneth M. Hoyt
United States District Judge